01

02

03

04

05                              UNITED STATES DISTRICT COURT
                               WESTERN DISTRICT OF WASHINGTON
06                                        AT SEATTLE

07   RICHARD SPRUEL,                          )    CASE NO.: C07-1812-RSM
                                              )
08              Petitioner,                   )
                                              )
09        v.                                  )    REPORT AND RECOMMENDATION
                                              )
10   STATE OF WASHINGTON,                     )
                                              )
11              Respondent.                   )
     _____ )

12

13          Petitioner has submitted to this Court for review a document entitled "Petition for Writ of

14   Mandamus Prohibition." Petitioner alleges in his petition that the State of Washington is detaining

15   him unlawfully and is denying him his rights to procedural due process and to equal protection in

16   ongoing state court proceedings.  The state court proceedings at issue appear to relate to

17   petitioner's failure to register as a sex offender, a requirement arising out of petitioner's 1992

18   conviction in King County Superior Court on first degree child molestation and third degree

19   assault charges.  Though not entirely clear from the face of the petition, petitioner appears to be

20   asking this Court to intervene in his ongoing probation revocation proceedings to protect the

21   constitutional rights which he believes have been denied him by the State of Washington.

22          Generally, the federal courts will not intervene in a pending state court criminal proceeding

REPORT AND RECOMMENDATION
PAGE -1

01 absent extraordinary circumstances where the danger of irreparable harm is both great and

02 immediate. *See Younger v. Harris*, 401 U.S. 37, (1971). "[O]nly in the most unusual

03 circumstances is a defendant entitled to have federal interposition by way of injunction or habeas

04 corpus until after the jury comes in, judgment has been appealed from and the case concluded in

05 the state courts." *Drury v. Cox*, 457 F.2d 764, 764-65 (9th Cir. 1972)(per curiam). *See also*

06 *Carden v. Montana* 626, 82, 83-84 (9th Cir. 1980).

07      Petitioner makes no showing of extraordinary circumstances which would justify this

08 Court's intervention in his ongoing probation revocation proceedings. The *Younger* abstention

09 principles therefore apply and, thus, petitioner's petition for writ of mandamus should be

10 dismissed.[1]  A proposed order accompanies this Report and Recommendation.

11      DATED this 26th day of December, 2007.

12

13      _____
        Mary Alice Theiler
        United States Magistrate Judge

14

15

16

17

18

19

20  _____

21      [1] Petitioner has also filed a motion for temporary restraining order or preliminary injunction
    in which he asks that the State of Washington be restrained from proceeding against him in the
    pending probation revocation matter until the instant habeas petition has been ruled on.  As this
22  Report and Recommendation disposes of petitioner's petition for writ of mandamus, petitioner's
    motion for preliminary injunctive relief (Dkt. No. 10) is moot and is therefore STRICKEN.

REPORT AND RECOMMENDATION
PAGE -2