UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RICHARD SPRUEL, | ) | CASE NO.: C07-1812-RSM |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DISMISSING PETITION |
| | ) | FOR WRIT OF MANDAMUS |
| STATE OF WASHINGTON, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

The Court, having reviewed petitioner's petition for writ of mandamus, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, petitioner's objections, and the balance of the record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's petition (Dkt. No. 4), and this action, are DISMISSED; and

(3) The Clerk is directed to send copies of this Order to petitioner and to Judge Theiler.

DATED this _20_ day of  February , 2008.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PETITION
FOR WRIT OF MANDAMUS
PAGE -1